■ HERBERT OTTLEY, JR., an Infant by SYLVIA OTTLEY, His Guardian ad Litem, Respondent, v. GULL CONTRACTING Co., INC., et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ DOMINICK J. TINGHINO, Appellant, v. SIDNEY LIEBFREUND et al., Respondents.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ MURRAY APTAKER, Respondent, v. AMERICAN CAN COMPANY, Appellant.— In an action by the owner and operator of a station wagon against the owner of a tractor-trailer to recover damages for injuries to his person and property alleged to have resulted from a collision between the two vehicles, the truck owner appeals from a judgment entered on a jury verdict in favor of the respondent. Judgment reversed and a new trial granted, with costs to abide the event. The verdict is contrary to the weight of the credible evidence. Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. concur.

■ DIMITRIO CASSARA et al., Plaintiffs, and JOHN CORRADO, Appellant, v. TRIBOROUGH BRIDGE & TUNNEL AUTHORITY et al., Respondents. LEON LEVY et al., Third-Party Plaintiffs, v. BRENNAN & SLOAN, INC., et al., Third-Party Defendants-Respondents. JACOB FELD, Third-Party Plaintiff, v. BRENNAN & SLOAN, INC., et al., Third-Party Defendants-Respondents. TRIBOROUGH BRIDGE & TUNNEL AUTHORITY et al., Third-Party Plaintiffs, v. BRENNAN & SLOAN, INC., et al., Third-Party Defendants-Respondents. KUZMIER, ZWEIBEL, MCKEON & SCHMITT, Respondents.— In an action to recover damages for personal injuries, the appeal is from so much of an order as denied appellant's cross motion to rescind a settlement of the action and for other relief. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. The action having been settled and discontinued, the relief sought by appellant may not be obtained by motion in the terminated action (*Yonkers Fur Dressing Co.* v. *Royal Ins. Co.*, 247 N. Y. 435; *Hegeman* v. *Conrad*, 284 App. Div. 969). Nolan P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.